1 Thomas P. Quinn, Jr. (SBN 132268)
Nokes & Quinn
2 410 Broadway, Suite 200
Laguna Beach, California 92651
3 Telephone: (949) 376-3500
Facsimile: (949) 376-3070
4 Email: tquinn@nokesquinn.com

5 Counsel for Defendant
EQUIFAX INFORMATION SERVICES LLC
6

7

8 # UNITED STATES DISTRICT COURT

9 # EASTERN DISTRICT OF CALIFORNIA

10 # SACRAMENTO DIVISION

11

| | |
|---|---|
| CHARLES LONG, | Case No. 2:21-cv-00630-MCE-KJN |
| Plaintiff, | **ORDER APPROVING JOINT MOTION FOR AN EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| HYUNDAI CAPITAL AMERICA d/b/a KIA MOTORS FINANCE; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and DOES 1-10 inclusive, | |
| Defendants. | |

Good cause appearing therein, the joint motion of Counsel for Defendant Equifax Information Services LLC ("Equifax") and Plaintiff to extend the time for Equifax to file a response to Plaintiff's Complaint is hereby approved and adopted as the Order of the Court.

///

///

///

///

1  Equifax shall have until June 21, 2021 to file its response to Plaintiff's Complaint.
2  IT IS SO ORDERED.

Dated:  May 10, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE