# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LONG,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HYUNDAI CAPITAL AMERICA d/b/a KIA MOTORS FINANCE; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and DOES 1-10 inclusive,<br><br>　　　　Defendants. | CASE NO. 2-21-cv-00630-MCE-KJN<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEFENDANT HYUNDAI CAPITAL AMERICA'S TIME TO RESPOND TO COMPLAINT** |

Having reviewed the Stipulated Motion to Extend Defendant Hyundai Capital America's Time to Respond to Complaint, and having found good cause to grant the Motion,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is hereby **GRANTED**.
2. Defendant Hyundai Capital America's is hereby granted an extension from May 24, 2021 to June 21, 2021 to respond to the Complaint.

IT IS SO ORDERED.

Dated: May 24, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE