HOLLAND & KNIGHT LLP
Zachary Frampton, SBN 303225
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel.: 213.896.2400
Fax: 213.896.2450
E-mail: zac.frampton@hklaw.com

Attorneys for Defendant,
Hyundai Capital America

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LONG, <br><br> Plaintiff, <br><br> vs. <br><br> HYUNDAI CAPITAL AMERICA d/b/a KIA MOTORS FINANCE; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and DOES 1-10 inclusive <br><br> Defendants. | CASE NO. 2-21-cv-00630-MCE-KJN <br><br> **STIPULATION TO ARBITRATE AND STAY** <br><br> [Hon. USDC Judge Morrison C. England, Jr.] <br> [Hon. Magistrate Judge Kendall J. Newman] |

Plaintiff Charles Long ("Plaintiff") and Defendants Hyundai Capital America ("HCA"), Equifax Information Services, LLC ("Equifax"), Experian Information Solutions, Inc. ("Experian"), and Trans Union, LLC ("Trans Union") by and through their respective counsel, hereby stipulate as follows:

## **RECITALS**

WHEREAS, HCA contends that a contract between it and Plaintiff contains an arbitration clause applicable to Plaintiff's claims against HCA in this action;

WHEREAS, Plaintiff and HCA have agreed to submit Plaintiff's claims against HCA related to the Vehicle and the Contract to binding arbitration;

WHEREAS, on June 21, 2021, Plaintiff and HCA filed a Stipulation to Arbitrate and Stay the Case as to Defendant Hyundai Capital America Only (ECF 21, the "First Stipulation");

WHEREAS, on July 7, 2021, the Court issues a minute order declining to stay the case as to just HCA, and directing the parties to either file a Joint Status Report or a stipulation of all parties agreeing to stay the case in its entirety by July 19, 2021 (ECF 23);

WHEREAS, the parties have discussed the Court's order and agree that this case should be stayed as to all parties;

//
//
//
//
//
//
//
//
//
//

# STIPULATION

NOW, THEREFORE, Plaintiff, HCA, Equifax, Experian, and Trans Union hereby stipulate that Plaintiff's claims against HCA shall be submitted to binding arbitration pursuant to the terms of the contract, and that this action shall be stayed in its entirety until such time as Plaintiff resolves his claims against HCA.

Respectfully submitted,

DATED: July 19, 2021              HOLLAND & KNIGHT LLP


By: */s/ Zachary Frampton*
  Zachary Frampton, SBN 303225
  400 South Hope Street, 8th Floor
  Los Angeles, CA  90071
  Tel.:  213.896.2400
  Fax:  213.896.2450
  E-mail:  zac.frampton@hklaw.com

*Attorneys for Defendant*
*Hyundai Capital America*

DATED: July 19, 2021              LAW OFFICES OF
                                  TODD M. FRIEDMAN, P.C.


By: */s/ Adrian Bacon*
  Todd M. Friedman, SBN 216752
  Adrian R. Bacon, SBN 280332
  21550 Oxnard St., Suite 780
  Woodland Hills, CA  91367
  Tel.:  323.306.4234
  Fax:  866.633.0228
  E-mail:  tfriedman@toddflaw.com
  E-mail:  abacon@toddflaw.com

*Attorneys for Plaintiff*
*Charles Long*

3
**STIPULATION TO ARBITRATE AND STAY**

| | | |
|---|---|---|
| 1 | DATED: July 19, 2021 | NOKES & QUINN |
| 2 | | |
| 3 | | By: _/s/ Thomas Quinn_ |
| | | Thomas P. Quinn, SBN 132268 |
| 4 | | 410 Broadway, Suite 200 |
| 5 | | Laguna Beach, CA  92651 |
| | | Tel.:  949.376.3500 |
| 6 | | Fax:  949.376.30740 |
| 7 | | E-mail:  tquinn@nokesquinn.com |
| 8 | | ***Attorneys for Defendant*** |
| 9 | | ***Equifax Information Services, LLC*** |
| 10 | DATED: July 19, 2021 | JONES DAY |
| 11 | | |
| 12 | | By: _/s/ Pamela Acebo_ |
| | | Pamela C. Acebo, SBN 327471 |
| 13 | | 3161 Michelson Drive, Suite 800 |
| 14 | | Irvine, CA  92612 |
| | | Tel.:  949.851.3939 |
| 15 | | Fax:  949.553.7539 |
| 16 | | E-mail:  pacebo@jonesday.com |
| 17 | | ***Attorneys for Defendant*** |
| 18 | | ***Experian Information Solutions, Inc.*** |
| 19 | DATED: July 19, 2021 | JACOBSEN & MCELROY PC |
| 20 | | |
| 21 | | By: _/s/ Eileen Booth_ |
| | | Eileen T. Booth, SBN 182974 |
| 22 | | 2401 American River Drive, Suite 100 |
| 23 | | Sacramento, CA  95825 |
| | | Tel.:  916.971.4100 |
| 24 | | Fax:  916.971.4050 |
| 25 | | E-mail:  ebooth@jacobsenmcelroy.com |
| 26 | | |
| 27 | | |
| 28 | | |

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel: 213.896.2400
Fax: 213.896.2450

4
**STIPULATION TO ARBITRATE AND STAY**

SCHUCKIT & ASSOCIATES, P.C.

By: */s/ Taylor Decker*
    Taylor A. Decker, *pro hac vice*
    4545 Northwestern Drive
    Zionsville, IN 46077
    Tel.: 317.363.2400
    Fax: 317.363.2257
    E-mail: tdecker@schuckitlaw.com

***Attorneys for Defendant***
***Trans Union, LLC***

IT IS SO ORDERED.

Dated: July 21, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450