Jason S. Roberts, Esq. (SBN 221978)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  jroberts@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| CHARLES LONG,<br>　　　　　Plaintiff,<br><br>　　vs.<br><br>HYUNDAI CAPITAL AMERICA d/b/a KIA MOTORS FINANACE; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and DOES 1-10 INCLUSIVE;<br>　　　　　Defendants. | CASE NO.  2:21-cv-00630-MCE-KJN<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY** |

　　　　Plaintiff Charles Long ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees.

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 2:21-CV-00630-MCE-KJN**

Page 1 of 2

Respectfully submitted,

Date: February 3, 2022           *s/ Todd M. Friedman (with consent)*
Todd M. Friedman, Esq.
Adrian R. Bacon, Esq.
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard Street, Suite 780
Woodland Hills, CA  91367
Telephone: (877) 206-4741
E-Mail: tfriedman@toddflaw.com
abacon@toddflaw.com

*Counsel for Plaintiff Charles Long*

Date: February 8, 2022           *s/ Jason S. Roberts*
Jason S. Roberts, Esq.  (SBN 221978)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400, Ext. 135
Fax:  317-363-2257
E-Mail:  jroberts@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff Charles Long against Defendant Trans Union, LLC are dismissed, with prejudice.  Plaintiff Charles Long and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.  This case shall proceed on Plaintiff's remaining claims.

IT IS SO ORDERED.

Dated:  February 16, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 2:21-CV-00630-MCE-KJN**

Page 2 of 2