# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LONG, | Case No. 2:21-cv-00630-MCE-KJN |
| Plaintiff, | **ORDER** |
| v. | |
| HYUNDAI CAPITAL AMERICA d/b/a KIA MOTORS FINANCE; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and DOES 1-10 inclusive, | |
| Defendants. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

///

///

Each party shall bear their own costs and attorneys' fees, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  November 8, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE